THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State of South Carolina,       
Respondent,
 
 
 

v.

 
 
 
Marc Pimsler,       
Appellant.
 
 
 

Appeal From Anderson County
J. Cordell Maddox, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  2005-UP-086
Submitted February 1, 2005  Filed February 
 7, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Druanne Dykes White, of Anderson, for Respondent.
 
 
 

PER CURIAM: Pimsler appeals after pleading 
 guilty to possession of methamphetamine.  Pimsler argues his plea was not made 
 knowingly or voluntarily and thus, did not comply with the requirements of Boykin 
 v. Alabama, 395 U.S. 238 (1969).  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Pimslers counsel attached a petition to be relieved stating 
 that he has reviewed the record and found the appeal to be without merit.  Pimsler 
 did not file a separate pro se brief.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
HEARN, C.J., KITTREDGE, and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.